No. 628, Misc. BRANDL *v.* BURKE, WARDEN. Sup. Ct. Wis. Certiorari denied. *Bronson C. La Follette,* Attorney General of Wisconsin, and *William A. Platz* and *Thomas A. Lockyear,* Assistant Attorneys General, for respondent.

No. 727, Misc. MARES *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Vinson* and *Philip R. Monahan* for the United States.

No. 762, Misc. HARRIS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 788, Misc. GREEN *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied. *Dennis G. Lyons* for petitioner. *Solicitor General Griswold, Assistant Attorney General Vinson* and *Jerome M. Feit* for the United States.

No. 809, Misc. COOPER *v.* PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied. *Herman I. Pollock* and *John W. Packel* for petitioner. *Arlen Specter* for respondent.

No. 813, Misc. SIMS *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. *Russell R. Reno, Jr.,* for petitioner. *Solicitor General Griswold, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.

No. 834, Misc. CORLISS, AKA HAYES *v.* MONTANA. Sup. Ct. Mont. Certiorari denied. *Lloyd J. Skedd* for petitioner.